NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOVITA SALAS, | No. 09-72357 |
| Petitioner, | Agency No. A075-568-026 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 11, 2011[**]

Before:     THOMAS, SILVERMAN, and CLIFTON, Circuit Judges.

Jovita Salas, a native and citizen of Mexico, petitions for review of the

Board of Immigration Appeals' ("BIA") order dismissing her appeal from an

immigration judge's decision denying her application for cancellation of removal.

We have jurisdiction under 8 U.S.C. § 1252.  We review de novo questions of law,

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

*Lopez v. INS*, 184 F.3d 1097, 1099 (9th Cir. 1999), and we deny the petition for review.

The BIA properly concluded that Salas was ineligible for cancellation of removal because she lacked seven years of continuous residence in the United States after being "admitted in any status." *See* 8 U.S.C. § 1229b(a)(2); *Vasquez De Alcantar*, No. 08-71427, 2001 WL 2163965 at *5 (9th Cir. June 3, 2011) (filing an application for adjustment of status does not constitute "admitted in any status").

**PETITION FOR REVIEW DENIED.**